IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | }<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | } Case No. |
| (1) SOUTHWEST STATE BANK,<br>An Oklahoma Banking Corporation, | }<br>}<br>}<br>} |
| Defendant. | } **JURY TRIAL DEMANDED**<br>}<br>} |

**COMPLAINT**

This is an action under Title VII of the Civil Rights Act of 1964, and Title I of the Civil Rights Act of 1991, to correct unlawful employment practices on the basis of gender and retaliation and to provide appropriate relief to Helen Denise Rozell and a class of individuals. The Equal Employment Opportunity Commission alleges that the Defendant, Southwest State Bank ("SW State Bank"), violated Title VII by subjecting Mrs. Rozell and a class of individuals to disparate terms and conditions of employment on the basis of her gender and retaliating against Mrs. Rozell for her reporting of and opposition to practices made unlawful by Title VII .

**JURISDICTION AND VENUE**

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to §§ 706(f)(1) & (3) of Title VII of the Civil Rights Act of 1964, as amended, ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) & (3) and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a. The employment practices alleged to be

unlawful were and are now being committed within the jurisdiction of the United States District Court for the Western District of Oklahoma.

## PARTIES

2. Plaintiff, Equal Employment Opportunity Commission (the "Commission"), is an agency of the United States of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by §706(f)(1) & (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

3. At all relevant times, Defendant has continuously been and is now doing business in the State of Oklahoma and the City of Sentinel, and has continuously had at least fifteen employees.

4. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g) and (h) of Title VII, 42 U.S.C. § 2000e- (b), (g) and (h).

## STATEMENT OF CLAIMS

5. More than thirty days prior to the institution of this lawsuit, Helen Denise Rozell filed a charge with the Commission alleging a violation of Title VII by the Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

6. Since at least March 2006, Defendant has engaged in unlawful employment practices in Sentinel, Oklahoma in violation of Sections 703(a) and 704(a) of Title VII, 42 U.S.C. Sections 2000e-2(a) and 2000e-3(a), by subjecting Mrs. Rozell and a class of individuals to disparate terms and conditions of employment on the basis of gender, female, to-wit: Defendant has engaged in a practice of providing monthly cash compensation in the form of "walking money" to its male Assistant Vice Presidents but refuses to provide the compensation to its female Assistant Vice

Presidents; and Defendant permits male Assistant Vice Presidents to entertain clients with the walking money but does not permit female Assistant Vice Presidents to engage in the same activity. Further, Defendant retaliated against Mrs. Rozell for her reporting of and opposition to the above practices, made unlawful by Title VII, by terminating her employment with the Defendant. Mrs. Rozell was fired from her job with Defendant in November, 2006.

7. The practices complained of above were intentional and designed to deprive Helen Denise Rozell and a class of aggrieved individuals of equal employment opportunities and otherwise adversely affect their status as employees.

8. The unlawful employment practices complained of above were committed with malice or with reckless indifference to the federally protected rights of Helen Denise Rozell and a class of aggrieved individuals.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining the Defendant, SW State Bank, its officers, successors, assigns, and all persons in active concert or participation with it, from retaliating against employees.

B. Order the Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for Helen Denise Rozell and a class of aggrieved individuals and other employees and which eradicate the effects of its past and present unlawful employment practices.

C. Order the Defendant to make whole Helen Denise Rozell and a class of aggrieved individuals by providing appropriate back pay with prejudgment interest, in amounts to be proved

at trial, and other affirmative relief necessary to eradicate the effects of Defendant's unlawful employment practices, including but not limited to rightful-place reinstatement or front pay in lieu of reinstatement.

D.    Order the Defendant to make whole Helen Denise Rozell and a class of aggrieved individuals by providing compensation for past and future pecuniary and non-pecuniary losses resulting from the unlawful employment practices described above, including, but not limited to emotional pain, suffering, anxiety, loss of enjoyment of life, humiliation, and inconvenience, in amounts to be determined at trial.

E.    Order the Defendant to pay Helen Denise Rozell and a class of aggrieved individuals punitive damages for its malice or reckless indifference to their federally protected rights described above, in amounts to be determined at trial.

F.    Grant such further relief as the Court deems necessary and proper.

G.    Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a Jury Trial on all questions of fact raised by its complaint.

Respectfully submitted,

**FOR PLAINTIFF U.S. E.E.O.C.:**

RONALD S. COOPER
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

BARBARA A. SEELY
Regional Attorney
St. Louis District Office


s/Michelle M. Robertson
MICHELLE M. ROBERTSON, OBA #14084
Senior Trial Attorney


**EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION**
Area Office for the State of Oklahoma
215 Dean A. McGee Avenue, Suite 524
Oklahoma City, Oklahoma 73102
Tel No. 405-231-4363
Fax No. 405-231-5816